## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**SANDRA E. BUDEWITZ,**

    Plaintiff-Appellant

-vs-                                                   **Case No:** 19CV593

**DAUBERT LAW FIRM, S.C.,**
And
**MICHAEL STUELAND**,

    Defendants-Appellees.

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT AND ORDER OF A DISTRICT COURT

    **NOTICE IS HEREBY GIVEN** that Sandra Budewitz, plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final order and judgment entered in this action on the 28th day of September, 2020.

Dated: This 26th day of October, 2020.        **Lawton & Cates, S.C.**
                                                                      Attorney for Plaintiff-Appellant

                                                                      */s/ Briane F. Pagel*_____
                                                                      Attorney Briane F. Pagel
                                                                      State Bar No: 1025514

P.O. Address:
345 W. Washington Ave., #201
P.O. Box 2965
Madison, WI 53703
P: 608.282.6200/F: 608.282.6252
bpagel@lawtoncates.com